| PROB 22 | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 2:01CR00300-001 |
| | | DOCKET NUMBER *(Rec. Court)* |

**FILED**
SEP 15 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| JAMIE McDAID<br>8771 West Brook Drive<br>Boise, Idaho 83704 | Eastern District of California | Northern |
| | **NAME OF SENTENCING JUDGE**<br>Honorable Lawrence K. Karlton | |
| | **DATES OF SUPERVISED RELEASE:** | **FROM** 04/29/2004    **TO** 06/17/2008 |

**OFFENSE**    21 USC 846, 841(a)(1)(B) & 841(b)(1)(B) - Conspiracy to Possess With Intent to Distribute 100 Kilograms and More of Marijuana

**PART 1 - ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Idaho upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised releasee may be changed by the District Court to which this transfer is made without further inquiry of this court.*

6/21/06
*Date*

*[signature]*
*Senior United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

**IT IS HEREBY ORDERED** that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/29/2006
*Effective Date*

*[signature]*
*United States District Judge*

cc:    United States Attorney's Office

Rev. 06/2005
PROB22.MRG